Matter of Jour v Kitsis
2026 NY Slip Op 03445
June 3, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Christopher Saint Jour, petitioner,
v
Michael D. Kitsis, etc., respondent. Christopher Saint Jour, Brooklyn, NY, petitioner pro se.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 3, 2026
2026-03045
Angela G. Iannacci, J.P.
Helen Voutsinas
Donna-Marie E. Golia
Susan Quirk, JJ.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent.

[*1]
DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Michael D. Kitsis, an Acting Justice of the Supreme Court, Kings County, to decide a certain motion in an action entitled People v Saint-Jour, pending in the Supreme Court, Kings County, under Indictment No. 74917/23.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
IANNACCI, J.P., VOUTSINAS, GOLIA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court